# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK  
POUGHKEEPSIE DIVISION

In re: NEIL C. BRESCIA  
      NEREIDA BRESCIA  
      Debtor(s)

Case No.: 13-36727-CGM-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KRISTA M. PREUSS, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2013.
2) The plan was confirmed on 09/25/2014.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 08/01/2018.
6) Number of months from filing or conversion to last payment: 61.
7) Number of months case was pending: 88.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 28,949.00.
10) Amount of unsecured claims discharged without full payment: 87,560.54.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $24,017.60 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$24,017.60** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $2,500.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,363.80 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,863.80** |

Attorney fees paid and disclosed by debtor:      $3,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | 4,129.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS TRAVEL RELATED | Unsecured | 4,129.00 | 4,129.48 | 4,129.48 | 789.61 | .00 |
| ANTIO, LLC | Unsecured | 10,617.00 | 10,617.63 | 10,617.63 | 2,030.21 | .00 |
| ANTIO, LLC | Unsecured | 10,815.00 | 10,815.91 | 10,815.91 | 2,068.11 | .00 |
| CHASE BANK USA NA | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE/CIRCUIT CITY | Unsecured | NA | NA | NA | .00 | .00 |
| COMEINTY BANK/VCTRSS | Unsecured | NA | NA | NA | .00 | .00 |
| COMENITY BANK/AVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| COUNTY OF ORANGE | Other | NA | 7,818.51 | 7,818.51 | .00 | .00 |
| CREDIT AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| DFS/WEBBANK | Unsecured | 418.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 7,573.00 | 7,944.00 | 7,944.00 | 1,518.97 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In re: NEIL C. BRESCIA  
NEREIDA BRESCIA  
Debtor(s)

Case No.: 13-36727-CGM-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DISCOVER BANK | Unsecured | 8,606.00 | 9,135.08 | 9,135.08 | 1,746.73 | .00 |
| DISCOVER FINANCIAL S | Unsecured | 8,606.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | Unsecured | 7,573.00 | NA | NA | .00 | .00 |
| GECRB/LOWES | Unsecured | 775.00 | NA | NA | .00 | .00 |
| GECRB/OLD NAVY | Unsecured | NA | NA | NA | .00 | .00 |
| GECRB/OLD NAVY DC | Unsecured | 4,112.00 | NA | NA | .00 | .00 |
| GECRB/WALMART | Unsecured | NA | NA | NA | .00 | .00 |
| GECRB/WALMART | Unsecured | NA | NA | NA | .00 | .00 |
| GMFINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| HOMEWARD RESIDENTIAL | Unsecured | NA | NA | NA | .00 | .00 |
| HOMEWARD RESIDENTIAL | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC RETAIL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Other | NA | 205.71 | 205.71 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Other | 3,601.00 | 9,926.00 | 9,926.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 6,359.16 | 6,359.16 | 6,359.16 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 63.27 | 63.27 | 12.11 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,601.00 | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK | Unsecured | NA | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK | Unsecured | NA | NA | NA | .00 | .00 |
| KOHLS/CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 617.06 | 617.06 | 118.17 | .00 |
| MACY'S/DSNB | Unsecured | NA | NA | NA | .00 | .00 |
| MUNICIPAL CREDIT UNI | Unsecured | NA | NA | NA | .00 | .00 |
| MUNICIPAL CREDIT UNI | Unsecured | NA | NA | NA | .00 | .00 |
| MUNICIPAL CREDIT UNI | Unsecured | NA | NA | NA | .00 | .00 |
| MUNICIPAL CREDIT UNION | Unsecured | 14,076.00 | 14,311.59 | 14,311.59 | 2,736.52 | .00 |
| NEW CENTURY MORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| NEW CENTURY MORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| NISSAN-INFINITI LT | Secured | NA | 7,753.73 | .00 | .00 | .00 |
| NISSAN-INFINITI LT | Unsecured | NA | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING, LLC | Secured | 221,814.00 | 233,892.02 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING, LLC | Secured | 42,265.00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT, LLC | Unsecured | 775.00 | 827.22 | 827.22 | 158.42 | .00 |
| PRA RECEIVABLES MANAGEMENT, LLC | Unsecured | 4,112.00 | 4,479.55 | 4,479.55 | 856.55 | .00 |
| PRA RECEIVABLES MANAGEMENT, LLC | Unsecured | 4,535.00 | 4,838.75 | 4,838.75 | 925.22 | .00 |
| PRA RECEIVABLES MANAGEMENT, LLC | Unsecured | 3,522.00 | 3,785.21 | 3,785.21 | 723.77 | .00 |
| RADIO SHACK/CBNA | Unsecured | NA | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 418.00 | 555.00 | 555.00 | 106.15 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In re:  NEIL C. BRESCIA  
      NEREIDA BRESCIA  
      Debtor(s)

Case No.: 13-36727-CGM-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RJM ACQUISITIONS | Unsecured | NA | 21.43 | 21.43 | 4.10 | .00 |
| SAXON MORTGAGE SERVI | Unsecured | NA | NA | NA | .00 | .00 |
| SAXON MORTGAGE SERVI | Unsecured | NA | NA | NA | .00 | .00 |
| TD AUTO FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| TD AUTO FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| WFFNB/RAYMOUR & FLAN | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing: | .00 | .00 | .00 |
|     Mortgage Arrearage: | .00 | .00 | .00 |
|     Debt Secured by Vehicle: | .00 | .00 | .00 |
|     All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage: | .00 | .00 | .00 |
|     Domestic Support Ongoing: | .00 | .00 | .00 |
|     All Other Priority: | 6,359.16 | 6,359.16 | .00 |
| **TOTAL PRIORITY:** | 6,359.16 | 6,359.16 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 90,091.40 | 13,794.64 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,863.80 |
| Disbursements to Creditors: | $20,153.80 |
| **TOTAL DISBURSEMENTS:** | $24,017.60 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  11/12/2020          By:  /s/KRISTA M. PREUSS  
                                                                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.