**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Neil C. Brescia and Nereida Brescia | CASE NO.: 13–36727–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–0336    xxx–xx–3796 | CHAPTER: 13 |

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 30, 2020

                                              Cecelia G. Morris, Bankruptcy Judge